# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| In re: HARMON, RICKY JOE | § | Case No. 06-80458 |
| HARMON, THAIS RENEE | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

GARY T. RAFOOL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $206,357.00
*(without deducting any secured claims)*

Assets Exempt: $151,981.00

Total Distribution to Claimants: $31,441.97

Claims Discharged
Without Payment: $76,196.33

Total Expenses of Administration: $243,931.22

3) Total gross receipts of $ 308,161.19 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 32,788.00 (see **Exhibit 2**), yielded net receipts of $275,373.19 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $96,237.00 | $86,913.41 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 243,931.22 | 243,931.22 | 243,931.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 98,395.29 | 90,086.87 | 74,488.01 | 31,441.97 |
| **TOTAL DISBURSEMENTS** | $194,632.29 | $420,931.50 | $318,419.23 | $275,373.19 |

4) This case was originally filed under Chapter 7 on March 24, 2006. The case was pending for 40 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/24/2013             By: /s/GARY T. RAFOOL
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury and damage to property lawsuit | 1242-000 | 305,000.00 |
| 2004 Camry | 1129-000 | 3,161.00 |
| Interest Income | 1270-000 | 0.19 |
| **TOTAL GROSS RECEIPTS** | | $308,161.19 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Ricky Harmon | Payment of Court Approved Personal Injury Exemption and Wildcard Exemption on 10/15/12 (Doc. #139) | 8100-002 | 16,394.00 |
| Thais Harmon | Payment of Court Approved Personal Injury Exemption and Wildcard Exemption of 10/15/12 (Doc. #139) | 8100-002 | 16,394.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $32,788.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Toyota Motor Credit Corp | 4110-000 | 12,106.00 | 11,143.23 | 0.00 | 0.00 |
| 5 | Citizens Bank | 4110-000 | 19,110.00 | 14,286.89 | 0.00 | 0.00 |
| 9 | Bank of the West | 4110-000 | 13,621.00 | 13,621.00 | 0.00 | 0.00 |
| 16 | CENLAR, FSB | 4110-000 | 51,400.00 | 47,862.29 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $96,237.00 | $86,913.41 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard E. Barber | 2100-000 | N/A | 8,509.33 | 8,509.33 | 8,509.33 |
| GARY T. RAFOOL | 2100-000 | N/A | 8,509.33 | 8,509.33 | 8,509.33 |
| GARY T. RAFOOL | 2200-000 | N/A | 27.65 | 27.65 | 27.65 |
| Richard E. Barber | 2200-000 | N/A | 6.76 | 6.76 | 6.76 |
| The Bank of New York Mellon | 2600-000 | N/A | 6.06 | 6.06 | 6.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Richard E. Barber | 2300-000 | N/A | 2.90 | 2.90 | 2.90 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| GARY T. RAFOOL | 2300-000 | N/A | 66.47 | 66.47 | 66.47 |
| Holland, Groves & Stolze, LLC | 3210-000 | N/A | 34,000.00 | 34,000.00 | 34,000.00 |
| Holland, Groves & Stolze, LLC | 3220-000 | N/A | 29,067.42 | 29,067.42 | 29,067.42 |
| Holland, Groves & Stolze, LLC | 3210-000 | N/A | 88,000.00 | 88,000.00 | 88,000.00 |
| Holland, Groves & Stolze, LLC | 3220-000 | N/A | 75,233.32 | 75,233.32 | 75,233.32 |
| The Bank of New York Mellon | 2600-000 | N/A | 49.35 | 49.35 | 49.35 |
| The Bank of New York Mellon | 2600-000 | N/A | 127.63 | 127.63 | 127.63 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $243,931.22 | $243,931.22 | $243,931.22 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | eCAST Settlement Corporation | 7100-900 | 8,721.00 | 9,069.85 | 9,069.85 | 3,828.45 |
| 3 | HSBC Bank Nevada NA/HSBC Card Services | 7100-900 | 4,702.00 | 5,222.10 | 5,222.10 | 2,204.29 |
| 4 | SMC c/o HSBC Bank Nevada NA / Younker's | 7100-900 | 669.00 | 684.95 | 684.95 | 289.12 |
| 6 | National Capital Management, LLC | 7100-900 | 10,065.00 | 10,033.57 | 10,033.57 | 4,235.25 |
| 7 | PYOD, LLC | 7100-900 | 7,286.00 | 7,196.95 | 7,196.95 | 3,037.89 |
| 8 | PYOD, LLC | 7100-900 | 6,314.00 | 6,247.76 | 6,247.76 | 2,637.23 |
| 10 | Portfolio Recovery Associates | 7100-900 | 8,930.00 | 8,853.23 | 8,853.23 | 3,737.02 |
| 11 | Portfolio Recovery Associates | 7100-900 | 4,341.00 | 4,284.26 | 4,284.26 | 1,808.42 |
| 12 | LVNV Funding LLC., its successors and assigns, as | 7100-900 | 3,556.00 | 3,659.15 | 3,659.15 | 1,544.55 |
| 13 | LVNV Funding LLC., its successors and assigns, as | 7100-900 | 6,674.00 | 6,595.28 | 6,595.28 | 2,783.92 |
| 14 | eCAST Settlement Corporation | 7100-900 | 325.00 | 275.00 | 275.00 | 116.08 |
| 15 | Capital Recovery One | 7100-900 | 1,069.00 | 1,124.85 | 1,124.85 | 474.81 |
| 17 | Discover Bank | 7100-900 | N/A | 9,616.97 | 0.00 | 0.00 |
| 17 -2 | Discover Bank | 7100-000 | N/A | 9,616.97 | 9,616.97 | 4,059.40 |
| 18 | Great River Medical Center | 7100-000 | N/A | 5,981.89 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| 19 | Credit First NA | 7100-000 | 2,593.00 | 1,624.09 | 1,624.09 | 685.54 |
| NOTFILED | Chase Bank | 7100-000 | 6,714.65 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank | 7100-000 | 4,145.71 | N/A | N/A | 0.00 |
| NOTFILED | Discover | 7100-000 | 9,594.17 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank | 7100-000 | 5,529.03 | N/A | N/A | 0.00 |
| NOTFILED | Credit First | 7100-000 | 1,304.75 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank | 7100-000 | 191.20 | N/A | N/A | 0.00 |
| NOTFILED | Great River Medical Center | 7100-000 | 5,670.78 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $98,395.29 | $90,086.87 | $74,488.01 | $31,441.97 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 06-80458 | Trustee:    (330250)    GARY T. RAFOOL |
| Case Name:    HARMON, RICKY JOE | Filed (f) or Converted to (c): 02/12/10 (c) |
|                       HARMON, THAIS RENEE | §341(a) Meeting Date:    04/09/10 |
| Period Ending: 05/24/13 | Claims Bar Date:    12/31/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 871 E. Atchison Street, Lomax IL<br>    A frame home with 3 bedrooms, 2 baths and an,<br>attached garage., Lots 20 & 21 & E 8' Lot 22 Block 3<br>Lomax Addition, Lomax, Henderson County, IL. | 78,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account, Bank of Stronghurst<br>    Stronghurst, IL | 1,200.00 | 0.00 | | 0.00 | FA |
| 3 | Daughter's savings account with<br>    Bank of Stronghurst, Stronghurst, IL account is in<br>daughter's name with mom on account. | 75.00 | 0.00 | | 0.00 | FA |
| 4 | Savings Account, Bank of Stronghurst,<br>    Stronghurst, Illinois. | 1,348.00 | 0.00 | | 0.00 | FA |
| 5 | Household goods and furnishings | 1,697.00 | 0.00 | | 0.00 | FA |
| 6 | Penguin, crystal, nurse figurines, and coca cola<br>    collections Location: 871 E. Atchison Street, Lomax<br>IL. | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding rings and diamond anniversary band<br>    on person of debtors. | 425.00 | 0.00 | | 0.00 | FA |
| 9 | Term life insurance with State Farm Insurance H | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Term life insurance with State Farm Insurance W | 0.00 | 0.00 | | 0.00 | FA |
| 11 | State Farm Universal Life Policy LF-1840-7833 H | 9,930.00 | 9,930.00 | | 0.00 | FA |
| 12 | State Farm Universal Life Policy LF-1840-7818 W | 4,231.00 | 4,231.00 | | 0.00 | FA |
| 13 | 401(k) through Aldi, Inc., Batavia, Illinois | 50,838.00 | 0.00 | | 0.00 | FA |
| 14 | IRA through American Funds, Indianapolis, IN | 28,718.00 | 0.00 | | 0.00 | FA |
| 15 | Personal injury and damage to property lawsuit  (u)<br>    Personal injury and damage to property lawsuit<br>against Atlantic Richfield Company, et. al. in<br>Henderson County, IL 08-LL-0005: Imported from<br>Amended Doc#: 89: Schedule C amended: Docs. 90<br>and 96.<br>The trustee has employed attorneys Christopher J.<br>Schmidt and Steve Stolze concerning personal injuries<br>and property damage caused by petroleum | Unknown | Unknown | | 305,000.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 06-80458 | Trustee:      (330250)    GARY T. RAFOOL |
| Case Name:    HARMON, RICKY JOE | Filed (f) or Converted (c): 02/12/10 (c) |
|               HARMON, THAIS RENEE | §341(a) Meeting Date:  04/09/10 |
| Period Ending: 05/24/13 | Claims Bar Date:  12/31/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | contamination of the debtors' water supply. | | | | | |
| 16 | 2002 Toyota Camry SE (63,350 mi.) | 15,425.00 | 919.00 | | 0.00 | FA |
| 17 | 2000 Chevrolet Monte Carlo (63,000 mi.) H | 5,450.00 | 0.00 | | 0.00 | FA |
| 18 | 2001 Oldsmobile Alero (63,600 mi.) | 7,350.00 | 0.00 | | 0.00 | FA |
| 19 | 1994 Toyota Camry LE (225,000 mi) | 1,300.00 | 0.00 | | 0.00 | FA |
| 20 | 2 pet cats | 20.00 | 20.00 | | 0.00 | FA |
| 21 | 2004 Camry    See Schedule of Post-Petition Property (Doc. 71). Trustee filed a Notice of Compromise for $3,161.00; order approving compromise (Doc. 106). | 5,000.00 | 3,161.00 | | 3,161.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.19 | FA |
| 22 | Assets    Totals (Excluding unknown values) | $211,357.00 | $18,261.00 | | $308,161.19 | $0.00 |

**Major Activities Affecting Case Closing:**

Case reopened by order 9/28/10 (Doc. 88).  Claims date requested.

Schedule B amended (Doc. 89).

Schedule C amended (Doc. 90).

Schedule C amended (Doc. 96).

The trustee is investigating a claim against Atlantic Richfield Co., et al., claiming that they caused personal injury and damage to him.  The trustee has employed attorneys to investigate and pursue this matter.

Trustee requested case be reassigned: case was reassigned to Gary Rafool. Trustee filed a Ch7 NDR - dismissed or converted, some funds collected.

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | December 31, 2012 | Current Projected Date Of Final Report (TFR): | December 5, 2012  (Actual) |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 06-80458 |
| Case Name: | HARMON, RICKY JOE |
| | HARMON, THAIS RENEE |
| Taxpayer ID #: | **-***8940 |
| Period Ending: | 05/24/13 |

| | |
|---|---|
| Trustee: | GARY T. RAFOOL (330250) |
| Bank Name: | The Bank of New York Mellon-Historical |
| Account: | ********0865 - Money Market Account |
| Blanket Bond: | $114,123,713.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/13/11 | {21} | Bank of Stronghurst - Cashier's Check | First of six payments of compromise regarding a 2004 Camry. | 1129-000 | 527.00 | | 527.00 |
| 02/16/11 | {21} | Bank of Stronghurst - Cashier's Check | Second of six payments of compromise regarding a 2004 Camry. | 1129-000 | 527.00 | | 1,054.00 |
| 03/22/11 | {21} | Bank of Stronghurst - Cashier's Check | Third of six payments of compromise regarding a 2004 Camry. | 1129-000 | 527.00 | | 1,581.00 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,581.01 |
| 04/19/11 | {21} | Bank of Stronghurst - Cashier's Check | Fourth of six payments of compromise regarding a 2004 Camry. | 1129-000 | 527.00 | | 2,108.01 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,108.02 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,108.03 |
| 06/05/11 | {21} | Bank of Stronghurst - Cashier's Check | Fifth of six payments of compromise regarding a 2004 Camry. | 1129-000 | 527.00 | | 2,635.03 |
| 06/28/11 | {21} | Bank of Stronghurst - Cashier's Check | Sixth of six payments of compromise regarding a 2004 Camry. | 1129-000 | 526.00 | | 3,161.03 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,161.05 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,161.07 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 6.06 | 3,155.01 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,155.03 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,130.03 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,130.05 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,105.05 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,105.07 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,080.07 |
| 11/17/11 | 1001 | Richard E. Barber | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/03/2011 FOR CASE #06-80458 | 2300-000 | | 2.90 | 3,077.17 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,077.19 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,052.19 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,052.21 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,027.21 |
| 01/25/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 3,027.23 |
| 01/25/12 | | To Account #********0866 | Transfer funds from MMA to DDA to close account. | 9999-000 | | 3,027.23 | 0.00 |

Subtotals :            $3,161.19          $3,161.19

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 06-80458 |
| Case Name: | HARMON, RICKY JOE |
| | HARMON, THAIS RENEE |
| Taxpayer ID #: | **-***8940 |
| Period Ending: | 05/24/13 |

| | |
|---|---|
| Trustee: | GARY T. RAFOOL (330250) |
| Bank Name: | The Bank of New York Mellon-Historical |
| Account: | ********0865 - Money Market Account |
| Blanket Bond: | $114,123,713.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 3,161.19 | 3,161.19 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,027.23 | |
| | | | Subtotal | | 3,161.19 | 133.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $3,161.19 | $133.96 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 06-80458 | |
| Case Name: | HARMON, RICKY JOE | |
| | HARMON, THAIS RENEE | |
| Taxpayer ID #: | **-***8940 | |
| Period Ending: | 05/24/13 | |

| | | |
|---|---|---|
| Trustee: | GARY T. RAFOOL (330250) | |
| Bank Name: | The Bank of New York Mellon-Historical | |
| Account: | ********0866 - Checking Account | |
| Blanket Bond: | $114,123,713.00  (per case limit) | |
| Separate Bond: | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/12 | | From Account #********0865 | Transfer funds from MMA to DDA to close account. | 9999-000 | 3,027.23 | | 3,027.23 |
| 01/25/12 | 101 | Gary T. Rafool, Successor Trustee | Turnover of funds on hand to successor trustee (Doc. 107). | 9999-000 | | 3,027.23 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 3,027.23 | 3,027.23 | $0.00 |
| Less: Bank Transfers | 3,027.23 | 3,027.23 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 06-80458 |
| Case Name: | HARMON, RICKY JOE |
| | HARMON, THAIS RENEE |
| Taxpayer ID #: | **-***8940 |
| Period Ending: | 05/24/13 |

| | |
|---|---|
| Trustee: | GARY T. RAFOOL (330250) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-*2451-00 - Checking Account |
| Blanket Bond: | $114,123,713.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/27/12 | | Richard E. Barber, Trustee | Turnover of funds on hand from former Trustee | | 9999-000 | 3,027.23 | | 3,027.23 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 3,002.23 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,977.23 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,952.23 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,927.23 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,902.23 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,877.23 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,852.23 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,827.23 |
| 10/23/12 | | Holland, Groves & Stolze, LLC | Net Lawsuit Settlement Proceeds for Ricky Harmon | | | 21,932.58 | | 24,759.81 |
| | {15} | Holland, Groves & Stolze, LLC | Gross Personal Injury Settlement | 85,000.00 | 1242-000 | | | 24,759.81 |
| | | Holland, Groves & Stolze, LLC | Attorney Fees | -34,000.00 | 3210-000 | | | 24,759.81 |
| | | Holland, Groves & Stolze, LLC | Allowed Attorney for Trustee Expenses | -29,067.42 | 3220-000 | | | 24,759.81 |
| 10/23/12 | | Holland, Groves & Stolze, LLC | Net Lawsuit Settlement Proceeds for Thais Harmon | | | 56,766.68 | | 81,526.49 |
| | {15} | Holland, Groves & Stolze, LLC | Gross Personal Injury Settlement Proceeds | 220,000.00 | 1242-000 | | | 81,526.49 |
| | | Holland, Groves & Stolze, LLC | Court Approved Attorney Fees | -88,000.00 | 3210-000 | | | 81,526.49 |
| | | Holland, Groves & Stolze, LLC | Court Approved Attorney Expenses | -75,233.32 | 3220-000 | | | 81,526.49 |
| 10/24/12 | 101 | GARY T. RAFOOL | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 10/24/2012 FOR CASE #06-80458 | | 2300-000 | | 66.47 | 81,460.02 |
| 10/29/12 | 102 | Ricky Harmon | Payment of Court Approved Personal Injury Exemption and Wildcard Exemption on 10/15/12 (Doc. #139) | | 8100-002 | | 16,394.00 | 65,066.02 |
| 10/29/12 | 103 | Thais Harmon | Payment of Court Approved Personal Injury Exemption and Wildcard Exemption of 10/15/12 (Doc. #139) | | 8100-002 | | 16,394.00 | 48,672.02 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 49.35 | 48,622.67 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 127.63 | 48,495.04 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033025088 20130103 | | 9999-000 | | 48,495.04 | 0.00 |

Subtotals :    $81,726.49    $81,726.49

{} Asset reference(s)

Printed: 05/24/2013 10:35 AM    V.13.13

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 06-80458 |
| Case Name: | HARMON, RICKY JOE |
| | HARMON, THAIS RENEE |
| Taxpayer ID #: | **-***8940 |
| Period Ending: | 05/24/13 |

| | |
|---|---|
| Trustee: | GARY T. RAFOOL (330250) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-*2451-00 - Checking Account |
| Blanket Bond: | $114,123,713.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 81,726.49 | 81,726.49 | $0.00 |
| | | | Less: Bank Transfers | | 3,027.23 | 48,495.04 | |
| | | | Subtotal | | 78,699.26 | 33,231.45 | |
| | | | Less: Payments to Debtors | | | 32,788.00 | |
| | | | NET Receipts / Disbursements | | $78,699.26 | $443.45 | |

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 06-80458 |
| Case Name: | HARMON, RICKY JOE |
| | HARMON, THAIS RENEE |
| Taxpayer ID #: | **-***8940 |
| Period Ending: | 05/24/13 |

| | |
|---|---|
| Trustee: | GARY T. RAFOOL (330250) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****768666 - Checking Account |
| Blanket Bond: | $114,123,713.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION<br>TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 48,495.04 | | 48,495.04 |
| 01/11/13 | 10104 | GARY T. RAFOOL | Dividend paid 100.00% on $27.65, Trustee<br>Expenses:  Reference: | 2200-000 | | 27.65 | 48,467.39 |
| 01/11/13 | 10105 | GARY T. RAFOOL | Dividend paid 100.00% on $8,509.33, Trustee<br>Compensation:  Reference: | 2100-000 | | 8,509.33 | 39,958.06 |
| 01/11/13 | 10106 | Richard E. Barber | Dividend paid 100.00% on $6.76, Trustee<br>Expenses:  Reference: 06-80458 | 2200-000 | | 6.76 | 39,951.30 |
| 01/11/13 | 10107 | Richard E. Barber | Dividend paid 100.00% on $8,509.33, Trustee<br>Compensation:  Reference: 06-80458 | 2100-000 | | 8,509.33 | 31,441.97 |
| 01/26/13 | 10108 | eCAST Settlement Corporation | Dividend paid  42.21% on $9,069.85; Claim# 2:<br>Filed: $9,069.85; Reference: 4354 | 7100-900 | | 3,828.45 | 27,613.52 |
| 01/26/13 | 10109 | HSBC Bank Nevada NA/HSBC Card<br>Services | Dividend paid  42.21% on $5,222.10; Claim# 3:<br>Filed: $5,222.10; Reference: 9950 | 7100-900 | | 2,204.29 | 25,409.23 |
| 01/26/13 | 10110 | SMC c/o HSBC Bank Nevada NA /<br>Younker's | Dividend paid  42.21% on $684.95; Claim# 4:<br>Filed: $684.95; Reference: 31-413-587 | 7100-900 | | 289.12 | 25,120.11 |
| 01/26/13 | 10111 | National Capital Management, LLC | Dividend paid  42.21% on $10,033.57; Claim#<br>6; Filed: $10,033.57; Reference: 2744 | 7100-900 | | 4,235.25 | 20,884.86 |
| 01/26/13 | 10112 | eCAST Settlement Corporation | Dividend paid  42.21% on $275.00; Claim# 14:<br>Filed: $275.00; Reference: | 7100-900 | | 116.08 | 20,768.78 |
| 01/26/13 | 10113 | Capital Recovery One | Dividend paid  42.21% on $1,124.85; Claim#<br>15: Filed: $1,124.85; Reference:<br>600889RMS4567473 | 7100-900 | | 474.81 | 20,293.97 |
| 01/26/13 | 10114 | Discover Bank | Dividend paid  42.21% on $9,616.97; Claim#<br>17 -2: Filed: $9,616.97; Reference: 2938 | 7100-000 | | 4,059.40 | 16,234.57 |
| 01/26/13 | 10115 | Credit First NA | Dividend paid  42.21% on $1,624.09; Claim#<br>19: Filed: $1,624.09; Reference: 525122433 | 7100-000 | | 685.54 | 15,549.03 |
| 01/26/13 | 10116 | B-Real, LLC/Chase Bank USA, N.A. | Combined Check for Claims#7,8<br>Stopped on 03/21/13 | 7100-904 | | 5,675.12 | 9,873.91 |
| 01/26/13 | 10117 | LVNV Funding LLC., its successors<br>and assigns, as | Combined Check for Claims#12,13 | | | 4,328.47 | 5,545.44 |
| | | | Dividend paid  42.21%          1,544.55<br>on $3,659.15:  Claim#<br>12: Filed: $3,659.15:<br>Reference:<br>5491130343134540 | 7100-900 | | | 5,545.44 |
| | | | Dividend paid  42.21%          2,783.92<br>on $6,595.28:  Claim#<br>13: Filed: $6,595.28: | 7100-900 | | | 5,545.44 |

| | | | Subtotals : | | $48,495.04 | $42,949.60 | |

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

Case Number:   06-80458
Case Name:     HARMON, RICKY JOE
               HARMON, THAIS RENEE
Taxpayer ID #:  **-***8940
Period Ending:  05/24/13

Trustee:        GARY T. RAFOOL (330250)
Bank Name:      Rabobank, N.A.
Account:        ****768666 - Checking Account
Blanket Bond:   $114,123,713.00  (per case limit)
Separate Bond:  N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference:<br>5491130398381533 | | | | |
| 01/26/13 | 10118 | Portfolio Recovery Associates | Combined Check for Claims#10,11 | | | 5,545.44 | 0.00 |
| | | | Dividend paid 42.21%          3,737.02<br>on $8,853.23:  Claim#<br>10: Filed: $8,853.23:<br>Reference:<br>5424180488919819 | 7100-900 | | | 0.00 |
| | | | Dividend paid 42.21%          1,808.42<br>on $4,284.26:  Claim#<br>11: Filed: $4,284.26:<br>Reference:<br>5424180878451530 | 7100-900 | | | 0.00 |
| 03/21/13 | 10116 | B-Real, LLC/Chase Bank USA, N.A. | Combined Check for Claims#7,8<br>Stopped: check issued on 01/26/13 | 7100-904 | | -5,675.12 | 5,675.12 |
| 03/27/13 | 10119 | PYOD, LLC | Combined Check for Claims#7,8 | | | 5,675.12 | 0.00 |
| | | | Dividend paid 42.21%          3,037.89<br>on $7,196.95:  Claim# 7:<br>Filed: $7,196.95:<br>Reference: 2335 | 7100-900 | | | 0.00 |
| | | | Dividend paid 42.21%          2,637.23<br>on $6,247.76:  Claim# 8:<br>Filed: $6,247.76:<br>Reference: 9901 | 7100-900 | | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 48,495.04 | 48,495.04 | $0.00 |
| Less: Bank Transfers | 48,495.04 | 0.00 |
| Subtotal | 0.00 | 48,495.04 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $0.00 | $48,495.04 |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 06-80458 |
| Case Name: | HARMON, RICKY JOE |
| | HARMON, THAIS RENEE |
| Taxpayer ID #: | **-***8940 |
| Period Ending: | 05/24/13 |

| | |
|---|---|
| Trustee: | GARY T. RAFOOL (330250) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****768666 - Checking Account |
| Blanket Bond: | $114,123,713.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ********0865 | 3,161.19 | 133.96 | 0.00 |
| Checking # ********0866 | 0.00 | 0.00 | 0.00 |
| Checking # ****-*2451-00 | 78,699.26 | 443.45 | 0.00 |
| Checking # ****768666 | 0.00 | 48,495.04 | 0.00 |
| | $81,860.45 | $49,072.45 | $0.00 |